James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
cdavies@reedsmith.com
nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832
Attorneys for Defendant
Eli Lilly and Company, a corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BACON, JAMES; C-06-1183 SBA

BARFIELD, DANTE; C-06-1048 SBA

BLUMENSCHEIN, HAZEL; C-06-1038 SBA

BOHONIK, BORYS; C-06-1560 SBA

BROWNE, DRANOEL E.; C-06-1496 SBA

BURKLEY, MAXINE; C-06-1197 SBA

CAMPBELL, ROBERT; C-06-1243 SBA

CARMACK, GEORGE; C-06-0893 SBA

CARROLL, DAVID R.; C-06-1461 SBA

CARSON, PAMELA AND SIDNEY; C-06-0973 SBA

CHENGER, JOHN S. AND MARY G. CHENGER; C-06-1455 SBA

COOK, DENINE; C-05-5292 SBA

Before the Honorable Sandra Brown Armstrong

**ORDER VACATING CASE MANAGEMENT CONFERENCE FOR 47 ZYPREXA® CASES BEFORE JUDGE SANDRA BROWN ARMSTRONG**

Conference Date: June 14, 2006
Conference Time: 2:45 p.m.
Location: Telephonic Appearance.

COSSICK, WILLIAM; C-06-1181 SBA

DELOACH, MENSENIA E.; C-06-1325 SBA

EWELL, TORITHA D.; C-06-1694 SBA

FORBES, SANDRA J.; C-06-1450 SBA

FRAUSTO, KIMBERLY AND JESSE; C-06-1189 SBA

GINN, JERRY LEE AND JUDITH ANN NADLE; C-06-0008 SBA

GRILLOT, PATRICIA; C-06-0974 SBA

GUY, MARCUS L.; C-06-1569 SBA

HALL BONNIE AND HOWARD J. HALL; C-06-1272 SBA

HANSON, MANFORD; C-06-1107 SBA

HOFFMAN, ROSA A. AND KENNETH W. JR.,; C-06-1271 SBA

HOLLIS, IDA L.; C-06-1452 SBA

JONES HAYMAN, TRACY L.; C-06-1704 SBA

KELLY, JAMES AND TAMMY,; C-05-5151 SBA

LAVAS, SHARON; C-06-1157 SBA

LEMKE, DANIEL; C-06-0977 SBA

LINN, LINDA R.; C-06-1338 SBA

LUTHY, JOHN; C-06-1030 SBA

MALAYECO, FERN; C-06-1173 SBA

MARTORANA, LINDA; C-06-1167 SBA

MEYER, JAMES AND MARTHA; C-06-1022 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

MURNIN, MICHAEL F. AND PATRICIA; C-06-1456 SBA

O'NEIL, TIMOTHY; C-05-5099 SBA

PORTER, E.L. AND RUTH E.; C-06-0985 SBA

SCHULTZ, GARY AND LUCINDA; C-06-1115 SBA

SEIGENFUSE, BETH M.; C-06-1372 SBA

SENSENIG, DAVID; C-06-0250 SBA

SEWELL, MARK; C-05-5148 SBA

SHOWS, PATSY; C-06-0954 SBA

SMILEY-HARRIS, ALBERTA; C-05-5291 SBA

TAYLOR, ANNA AND DENNIS; C-06-1059 SBA

TRUITT, EDWARD; C-06-1539 SBA

VERES, DOLORES L., et al.; C-06-1324 SBA

WELDON, FRANCES A. AND CHARLES; C-06-1378 SBA

YOUNG, FRANK J.; C-06-1471 SBA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
DOCSOAK-9830897.1
[Proposed] Order Vacating And/Or Continuing Case Management Conference
For 47 Zyprexa® Cases Before Judge Sandra Brown Armstrong

For the reasons set forth in the Joint Case Management Conference Statement concerning the May 1, 2006 Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation,

IT IS HEREBY ORDERED THAT all of the above-captioned actions are STAYED in their entirety pending transfer. All dates and deadlines established in this matter, including the June 14, 2006 Case Management Conference, are VACATED.

IT IS FURTHER ORDERED THAT Counsel for Eli Lilly and Company shall promptly inform the Court in writing of the status of the above-captioned cases no later than ten (10) days after the Panel issues any further rulings pertaining to these cases.

IT IS SO ORDERED

DATED: 6/2/06

The Honorable Sandra Brown Armstrong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware